SEALED    ORDERED UNSEALED on 05/02/2024    s/ andreasar

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

ARREST ON OUT-OF-DISTRICT OFFENSE    '24 MJ1712 SBC

CASE NUMBER: 24MJ_____

The person charged as Marc Shultz now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Northern District of Georgia: transmitting a communication containing a threat to kidnap or injure, in violation of 18 U.S.C. Section 875(c).

The charging documents and warrant for the defendant which was issued by the above United States District Court are attached hereto. Defendant was personally served with a Notice to Appear for an initial appearance scheduled for May 2, 2024 at 2pm before the Duty Magistrate Judge.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: May 2, 2024

_____
Sean MacDougall
Special Agent
Federal Bureau of Investigation

Reviewed and Approved

Dated: May _2_, 2024

*Victor P. White*
_____
Victor P. White
Assistant United States Attorney

FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: May 02 2024

KEVIN P. WEIMER, Clerk

By: Nicole Lawson Jenkins
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

MARC SCHULTZ

Criminal Action No.

1:24-cr-0136

### Motion to Unseal Indictment

The United States of America, by Ryan K. Buchanan, United States Attorney, and Brent Gray, Assistant United States Attorney for the Northern District of Georgia, moves this court to unseal the **Indictment** in the above-styled case and in support thereof shows that defendant is scheduled for an initial appearance: "this afternoon in the Southern District of California."

WHEREFORE, the government respectfully requests that **Indictment** be unsealed.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

/s/ BRENT GRAY
*Assistant United States Attorney*
Georgia Bar No. 155089
BGray@usa.doj.gov

FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: May 02 2024

KEVIN P. WEIMER, Clerk

By: Nicole Lawson Jenkins
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARC SCHULTZ | Criminal Action No.<br><br>1:24-cr-0136 |

### Order

Having read and considered the government's Motion to Unseal **Indictment** and application and for good cause shown,

It is hereby ORDERED that the **Indictment** and application be unsealed.

SO ORDERED this 2nd day of May, 2024.

_____
Catherine M. Salinas
UNITED STATES MAGISTRATE JUDGE

Presented by:
Brent Gray, Assistant United States Attorney

ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 2 4 2024

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARC SHULTZ | Criminal Indictment<br><br>No. 1:24-CR-0136<br><br>UNDER SEAL<br>ORDERED UNSEALED on 05/2/2024   s/ andreasar |

THE GRAND JURY CHARGES THAT:

### Introduction

At all times material to this indictment:

1. The defendant, MARC SHULTZ, lived in or around Chula Vista, California.

2. Fani Willis was the elected District Attorney for Fulton County, Georgia, and was investigating a case involving Former President of the United States Donald J. Trump.

### Count One

3. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 and 2 of this Indictment as if fully set forth herein.

4. On or about October 4, 2023, in the Northern District of Georgia and elsewhere, the defendant, MARC SHULTZ, consciously disregarding a substantial risk that his communication would be viewed as threatening

violence, knowingly transmitted a communication in interstate and foreign commerce, from the State of California to other places, including the State of Georgia, that contained a threat to injure Fulton County District Attorney Fani Willis; specifically, SHULTZ posted a comment to a YouTube live stream video which stated: "FANI WILL BE KILLED LIKE A DOG."

All in violation of Title 18, United States Code, Section 875(c).

## Count Two

5. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 and 2 of this Indictment as if fully set forth herein.

6. On or about October 7, 2023, in the Northern District of Georgia and elsewhere, the defendant, MARC SHULTZ, consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce, from the State of California to other places, including the State of Georgia, that contained a threat to injure Fulton County District Attorney Fani Willis; specifically, SHULTZ posted comments to a YouTube live stream video which stated: "FANI WILLIS WILL BE DEAD IN 2024;" "FANI WILLIS YOUR (sic) DEAD N*****;" and "FANI WILLIS DEAD AT YOUR HOME C*** WATCH."

All in violation of Title 18, United States Code, Section 875(c).

A _____True_____ BILL

_____/s/ Penny Haworth_____
FOREPERSON

RYAN K. BUCHANAN
United States Attorney

/s/ Brent Alan Gray
BRENT ALAN GRAY
Assistant United States Attorney
Georgia Bar No. 155089

/s/ Bret Hobson
BRET R. HOBSON
Assistant United States Attorney
Georgia Bar No. 882520

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3